# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE SCHOFIELD, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 19-4207 |
| WENDY NICHOLAS, Superintendent, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 30th day of January, 2020, upon consideration of Petitioner's Second Motion Requesting the Appointment of Counsel (ECF No. 14) signed by Petitioner on November 20, 2019 and docketed on November 25, 2019, and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED** that the Motion is **DENIED** without prejudice.

BY THE COURT:

_/s/ Henry S. Perkin_____
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE