# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE SCHOFIELD,<br>Petitioner, | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | No. 19-4207 |
| WENDY NICHOLAS, et al.,<br>Respondents. | :<br>:<br>: | |

## ORDER

**AND NOW**, this **21st** day of **March 2022**, it is hereby **ORDERED** that Petitioner's Motion to Request Discovery (ECF No. 48) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**