# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE SCHOFIELD,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 19-4207 |
| WENDY NICHOLAS, et al.,<br>Respondents. | : <br> : | |

## ORDER

**AND NOW**, this **21st** day of **March 2022**, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, Petitioner's Habeas Corpus Petition (ECF No. 2) is **DENIED** and **DISMISSED**, and the Report and Recommendation of the Honorable Magistrate Judge Heffley (ECF No. 40) is **APPROVED** and **ADOPTED** and the Objections (ECF No. 44) thereto are **OVERRULED**.

It is further **ORDERD** that the Clerk of Court shall close the above-captioned action.

BY THE COURT:

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**